IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI,<br><br>    Plaintiff,<br><br>v.<br><br>GENMARK DIAGNOSTICS, INC., KEVIN C. O'BOYLE, DARYL J. FAULKNER, JAMES FOX, LISA GILES, MICHAEL KAGNOFF, ROCHE HOLDINGS, INC., and GERONIMO ACQUISITION CORP.,<br><br>    Defendants. | Case No. 2:21-cv-01626-AB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  May 5, 2021

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*